# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0984
Lower Tribunal Nos. 2023-CT-007814, 2023-CT-007816, 2023-MM-008836,
2023-TR-059742, 2023-TR-059743, 2023-TR-059744, and 2023-TR-059745

_____

TARA LENNETTE HINES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Polk County.
Bob Grode, Judge.

November 4, 2025

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and GANNAM, JJ., concur.


Tara Lennette Hines, Intercession City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED